## Case No. 10,771.

### PARROT v. HABERSHAM.

[1 Cranch, C. C. 14.] [1]

Circuit Court, District of Columbia. June Term, 1801.

EXEMPLIFICATION OF RECORDS—CERTIFICATE.

The certificate of the presiding magistrate is not necessary to an exemplification of the records of Virginia and Maryland, for the purpose of obtaining executions under the 13th section of the act of 27th February, 1801 [2 Stat. 103].

[This was a proceeding by Richard Parrot against Joseph Habersham, garnishee of Ignatius Pigman.]

Motion to quash an execution issued upon an exemplification from Montgomery county, in Maryland, because the record was not authenticated by a certificate of the chief judge, or presiding magistrate. The motion was overruled by THE COURT, because the exemplification was such an one as seems to be contemplated by the 13th section of the act concerning the District of Columbia, of 27th February, 1801 (2 Stat. 103).